```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```
RAYMOND LEWIS,

                    Plaintiff,

       - against -

CLARKSTOWN POLICE DEPARTMENT and
SGT. BRIAN GORSKY,

                  Defendants.
```
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/31/14

**ORDER**

11 Civ. 2487 (ER)

Ramos, D.J.:

       IT IS HEREBY ORDERED, that the Warden or other official in charge of the Franklin Correctional Facility, produce prisoner Raymond Lewis, Identification No. 11-A-4997, at 11:00 am on April 22, 2014, at a suitable location within Franklin Correctional Facility equipped with a telephone, for the purpose of participating by telephone in a final pretrial conference with the Court and defense counsel in the above-referenced matter. Defendants' counsel shall appear in person, and the Plaintiff is to appear telephonically.

       Chambers will call the Facility on the above date/time.

       If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0294.

*Re: Incarcerated Prisoners*

       *Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ of appearance).*

Dated: March 31, 2014
       New York, NY

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.

Copies sent to:

**Raymond Lewis**
**11-A-4997**
**Franklin Correctional Facility**
**62 Bare Hill Road**
**P.O. Box 10**
**Malone, NY 12953**
**PRO SE**

**Supt. Darwin LaClair**
**Franklin Correctional Facility**
**62 Bare Hill Road**
**P.O. Box 10**
**Malone, New York 12953-0010**